IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
HEIDI FELDMAN )
)
      Debtor ) CH 13 Case No. 09-42005
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

      HEIDI FELDMAN
      911 Milton Blvd., Apt. 54
      Newton Falls, OH 44444

                              $5.00

              **TOTAL:**      $5.00

2. A check in the amount of $77.58, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this ___15___ day of March, 2011.

                              /s/ Michael A. Gallo
                              MICHAEL A. GALLO, TRUSTEE
                              20 Federal Plaza West
                              Suite #602
                              Youngstown, OH 44503
                              (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| HEIDI FELDMAN | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 09-42005 |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 15 day of March, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:522237
VOUCHER FOR CHECK: 863995
DATED: 2011/02/25

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLMS | CREF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0446280 | 926 | 6 | 51 DAMPIER, JAMES ARTHUR | UNCLAIMED FUNDS | 18.13 | 0.00 | 34.88 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641623 | 926 | 6 | 55 MARSHALL, JOHN R MARSHALL, SUSAN J | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741897 | 926 | 6 | 55 WILLIAMS, DAVID CHARLES WILLIAMS, ELIZABETH ANN | UNCLAIMED FUNDS | 13.69 | 0.00 | 13.69 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 07430044 | 926 | 6 | 18 VAIGL, CHARLES FRANKLIN | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843413 | 926 | 6 | 9 GINGERICH, JO ANN | | 10.44 | 0.00 | 10.44 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940883 | 926 | 6 | 15 WEST, BETTY LOU | UNCLAIMED FUNDS | 15.28 | 0.00 | 15.28 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942005 | 926 | 6 | 21 FELDMAN, HEIDI | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942513 | 926 | 6 | 54 HALL, SHAWN HALL, TAHNEE | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

CURRENT CHECK
#ITEMS 8  PRINCIPAL 77.58  INTEREST 0.00  77.58